NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**ECOJET, INC.,**
*Plaintiff-Appellant*

**v.**

**LURACO, INC.,**
*Defendant-Cross-Appellant*

_____

2018-2117, 2018-2187

_____

Appeals from the United States District Court for the Central District of California in No. 8:16-cv-00487-AG-KES, Judge Andrew J. Guilford.

_____

**JUDGMENT**

_____

JOHN J. SHAEFFER, Fox Rothschild LLP, Los Angeles, CA, argued for plaintiff-appellant. Also represented by JEFFREY H. GRANT.

WARREN NORRED, Norred Law PLLC, Arlington, TX, argued for defendant-cross-appellant. Also represented by JULIE S. GOLDEMBERG, Morgan, Lewis & Bockius LLP, Philadelphia, PA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, SCHALL, and DYK, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| June 14, 2019 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |